Mark L. Javitch (CA SBN 323729)
JEWISH COMMUNITY ADVOCACY COUNCIL
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWISH LEGAL NEWS, INC., a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT, and FREMONT UNION HIGH SCHOOL DISTRICT,<br><br>　　　　Defendants. | Case No.: [Case No.]<br><br>**COMPLAINT** |

## INTRODUCTION

1.　This is an action under the First Amendment brought pursuant to 42 U.S.C. § 1983, challenging the cancellation by Bay Area high school districts of scheduled speaking events by Luai Ahmed. The cancellations, made in response to protest and pressure by advocacy groups, deprived Plaintiff of the right to receive information and hear a diverse viewpoint.

2.　Plaintiff, Jewish Legal News, Inc., a media organization that covers issues of antisemitism, free speech and educational policy, had planned to attend, cover, and publish an article on Mr. Ahmed's speaking appearances at four distinct high schools in the San Francisco Bay Area. Alameda, Homestead and Fremont High Schools cancelled or postponed the events at the urging of protest groups.

3.  The First Amendment protects not only the *right to speak*, but also the *right to receive* information and ideas. The viewpoint-based discrimination exhibited by the schools infringes that right and warrants relief.

4.  That Defendants permit speakers aligned with one viewpoint while denying access to a speaker who presents a contrary or minority viewpoint is unconstitutional viewpoint suppression.

5.  Plaintiff seeks a declaration that the schools' cancellations violated the First Amendment, the enactment of neutral speaker policies, and an injunction against future suppression of opposing viewpoints, and compensatory and nominal damages for the infringement of its rights.

## JURISDICTION AND VENUE

6.  This Court has subject matter jurisdiction over this action and personal jurisdiction over Defendants because Plaintiff asserts a violation of federal law pursuant to 28 U.S.C. § 1331.

7.  Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendants reside in this district.

## DIVISIONAL ASSIGNMENT

8.  Pursuant to Civil L.R. 3-2(c) and 3-5(b), this action should be assigned under Civil L.R. 3-2(c) and (d) to the San Jose division because one of the Defendants resides in Alameda County, CA.

## PARTIES

9.  Plaintiff Jewish Legal News, Inc. ("JLN") is a non-profit media organization incorporated and operating in California. JLN conducts public records requests and publishes articles on topics of interest to the Jewish community, including antisemitism in educational

settings. JLN had assigned one of its journalists to cover Mr. Ahmed's planned Bay Area appearances.

10. Defendant Alameda Unified School District ("AUSD") is a public school district with its principal place of business at 2060 Challenger Dr., Alameda, California, 94501.

11. Defendant Fremont Union High School District ("FUHSD") is a public school district with its principal place of business at 589 W. Fremont Ave., Sunnyvale, California.

12. Each Defendant is sued in its official capacity for actions under color of state law.

## THE SPEAKER LUAI AHMED

13. Luai Ahmed was born in Sana'a, Yemen, in 1993.

14. His mother, Amal Basha, is a multi-awarded human-rights and women's-rights activist in Yemen.

15. In 2014 Ahmed fled Yemen for Sweden as a refugee due to his sexual orientation, and the threat posed to him under Islamist rule in Yemen.

16. In Sweden, he became a columnist for the newspaper Bulletin and a social-media influencer writing and speaking extensively about Islamist extremism, integration issues for immigrants, antisemitism, LGBTQ+ rights and Muslim-Jewish relations.

17. After the events of October 7, 2023, he began producing English-language videos about rising Jew-hatred and the Islamist threat and visited Israel in November 2023 where he documented his impressions of Al-Aqsa Mosque and Israeli policy.

18. In December 2024 a profile in the Times of Israel described him as having "become something of a celebrity in Israel" for his commentary and social-media presence.

19. His background as an openly gay Muslim of Yemeni origin, refugee-turned-journalist and human-rights activist, uniquely positions him as a speaker whose message

promotes inter-faith understanding, anti-antisemitism, LGBTQ+ inclusion, and respect for free expression.

## The Scheduled Events and Cancellation

20. On or about October 30, 2025 to November 4, 2025, Mr. Ahmed was scheduled to speak at four Bay Area high schools:

- Alameda High School (AUSD)
- Homestead High School (FUHSD)
- Fremont High School (FUHSD)
- Lowell High School (SFUSD)

21. The planned talks were publicized by Jewish organizations. Plaintiff's correspondent planned to report on each of these events, including by interviewing the students' reactions to the speaker, for publication in JLN.

22. Days before the scheduled events, each school announced cancellation or postponement of Mr. Ahmed's talk:

23. At Alameda High School, (AUSD), the event was cancelled after a protest campaign by the advocacy groups Alameda4Ceasefire, AROC and CAIR, who publicly opposed Mr. Ahmed's invitation and called the talk "controversial."

24. On October 29, 2025, Alameda4Ceasefire posted "Alameda High School is inviting a self-proclaimed Zionist during the students' SMART period tomorrow…Alameda Family and Friends for Collective Liberation are asking for the event to be immediately cancelled to honor the safety of all students including Queer, Muslim, and Jewish Students."

4



25. The schools' stated justification for cancellation was that the talk was "controversial" or did not present "multiple viewpoints," but no alternate speaker or viewpoint was offered in replacement. The selection and cancellation thus turned on viewpoint: Mr. Ahmed's message was disfavored by certain advocacy groups, and the school districts agreed with that sentiment and/or capitulated to the pressure.

26. On or around November 2, 2025, Alameda4Ceasefire posted on Instagram celebrating the cancellation, stating: "PEOPLE POWER KEPT ZIONIST PROPAGANDA OUT OF ALAMEDA SCHOOLS…WE DID IT Y'ALL!! AUSD admin postponed the event citing it as 'controversial' and not offering 'multiple viewpoints' … When we organize, we win …keep … our cities safe from harmful racist propaganda intended divide us."



27. At Fremont and Homestead High Schools, Mr. Luai's scheduled speeches were also cancelled.

28. On November 3, 2025, parents of Fremont and Homestead received an email from administrators attempting to justify the cancellation.

29. While purporting to "foster independent, critical thinking and respectful discourse," the email said that "we have an obligation to maintain a safe and supportive environment free of discrimination and bias…the right to free speech in schools is limited by our equally important obligation to prevent discrimination and disruptions to our educational mission[.]"

30. Because of the cancellations, JLN's journalist was unable to attend any of the scheduled events, listen to Mr. Ahmed, conduct any of the student interviews, or prepare the planned article.

31. The denial of access to Mr. Ahmed's event constitutes a concrete injury: a lost opportunity to receive information, conduct interviews, and disseminate that information to the public. The cancellations also have a chilling effect on students' future selections invitations speakers.

32. The school districts' decisions reflect viewpoint discrimination: Mr. Ahmed's speech was permitted under their speaker-policy until protest, then cancelled because the viewpoint he would present, namely his critique of Islam's treatment of LGBTQ+ minorities and defense of Israel's right to exist, was objectionable to certain groups. The school districts did not cancel other school-sponsored talks from other perspectives, which demonstrates selective suppression rather than neutral administration of policy.

## FIRST CAUSE OF ACTION
### Violation of the First Amendment
### (42 U.S.C. § 1983)

33. Plaintiff realleges the preceding paragraphs herein.

34. Defendants, by cancelling Mr. Ahmed's scheduled speaking engagements and thereby denying Plaintiff's journalist and the public access to his viewpoints, have infringed the right to receive information under the First Amendment. *Board of Education v. Pico*, 457 U.S. 853, 864 (1982) (recognizing a duty "to apply the First Amendment's mandate in our educational system where essential to safeguard the fundamental values of freedom of speech and inquiry")

35. The cancellations were motivated by disagreement with Mr. Ahmed's viewpoint and external pressure from advocacy organizations opposed to his viewpoint.

36. Such viewpoint discrimination is impermissible under the First Amendment. *Rosenberger v. Rector and Visitors of the Univ. of Va.*, 515 U.S. 819, 894 (1995) ("It is precisely this element of taking sides in a public debate that identifies viewpoint discrimination and makes it the most pernicious of all distinctions based on content.").

37. Plaintiff Jewish Legal News, Inc. sought to have its journalist attend, listen, interview students, and write an article covering the Ahmed's speeches scheduled at Defendants' schools.

38. On November 3, 2025, Plaintiff informed Defendants of their First Amendment violation and demanded Defendants reinstate their invitation to have Mr. Ahmed speak. Plaintiff received a response from AUSD stating that "As noted in our communications last week, the event with Mr. Ahmed was postponed because the event planners did not follow our policies for presenting controversial issues to students."

39. Defendants' conduct is not justified by any compelling interest nor narrowly tailored: the mere label that speech is "controversial" or may "cause harm" is insufficient when no alternative speaker is offered and no neutral policy consistently applied.

40. As a result, Plaintiff has suffered and continues to suffer harm for which legal and equitable relief is appropriate.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Jewish Legal News, Inc. respectfully requests that the Court:

A. Declare that Defendants' cancellations of Mr. Ahmed's speaking engagements violated Plaintiff's First Amendment's right to receive information;

B. Issue a preliminary and permanent injunction enjoining Defendants from denying access to speakers on the basis of viewpoint, and requiring that a speaker policy be applied neutrally and consistently;

C. Award nominal and compensatory damages to Plaintiff for the deprivation of its rights, including the lost opportunity to attend, listen, conduct interviews, cover, and publish an article;

    D.    Award reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988;

    E.    Grant such other and further relief as the Court deems just and proper.

Dated: November 4, 2025                    Respectfully submitted,

                                          By:  /s/ Mark L. Javitch
                                                Mark L. Javitch (SBN 323729)
                                                JEWISH COMMUNITY ADVOCACY COUNCIL
                                                3 East 3rd Ave. Ste. 200
                                                San Mateo CA 94401
                                                Tel: (650) 781-8000
                                                Fax: (650) 300-0343
                                                mark@javitchlawoffice.com

                                                *Attorney for Plaintiff*
                                                JEWISH LEGAL NEWS, INC.